**Margarita Ascencion DE LA CRUZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–71852.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 22, 2007.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Margarita Ascencion De La Cruz, Santa Ana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Michele Y.F. Sarko, Esq., M. Jocelyn Lopez Wright, Esq., U.S. Department of Justice, Civil Div./Office Of Immigration Lit., Washington, DC, for Respondent.

R.App. P. 34(a)(2).

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

### MEMORANDUM **

Margarita Ascencion De La Cruz, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") order denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. *See Ramadan v. Gonzales*, 479 F.3d 646 (9th Cir.2007). We deny the petition for review.

De La Cruz's sole contention before this court is that her conviction is not an aggravated felony. We need not consider this argument because she failed to challenge the IJ's separate finding that her conviction is a controlled substances violation barring her from relief. *See* 8 U.S.C. § 1229b(b)(1)(C) (alien convicted of controlled substances violation is ineligible for cancellation of removal for nonpermanent residents).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.